UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:12-CR-39 |
| | ) | |
| PAUL MINIX | ) | |

## OPINION AND ORDER

Paul Minix pleaded guilty in October 2012 to unlawful possession of firearms as a felon in violation of 18 U.S.C. § 922(g)(1), and was sentenced to a term of 51 months' imprisonment. As part of his plea agreement, Mr. Minix waived the right to appeal his conviction and sentence or to file any post-conviction proceedings, but is now before the court requesting transcripts of the plea and sentencing hearings.

Mr. Minix may obtain the transcripts for a fee by contacting the court reporter at (574) 246-8039, but his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended.

Accordingly, the request for transcripts [Doc. No. 43] is DENIED.

SO ORDERED.

ENTERED:  March 1, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court